## F. B. MATTSON COMPANY, INC. *v.* CONRAD TARTE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 265 (AC 16993/17049), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's mechanic lien was untimely filed?"

The Supreme Court docket number is SC 15857.

*Thomas A. Kaelin*, in support of the petition.

*Robert Hanahan* and *Stephen R. Griffin*, in opposition.

Decided January 15, 1998

## JOSEPH TYC *v.* CALABRESE CONSTRUCTION COMPANY ET AL.

The petition by the defendant second injury fund for certification for appeal from the Appellate Court (AC 16999) is denied.

*Taka Iwashita*, assistant attorney general, in support of the petition.

*William J. Shea*, in opposition.

Decided January 15, 1998